**Motion Granted; Order filed June 24, 2014.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00889-CR

————————

**NOE GERARDO MORIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1306502**

## ORDER

Appellant's court-appointed counsel, Angela Cameron, filed a brief in which she concludes the appeal is wholly frivolous and without merit. Counsel advised the court that appellant has been provided a copy of the record and notified of his right to file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel requested an extension of time for appellant to file any pro se brief in response to the *Anders* brief. We **GRANT** the requested extension and issue the following order:

If appellant wishes to file a pro se brief in response to counsel's *Anders* brief, we **ORDER** that any pro se brief is due on or before **September 18, 2014.** No further extensions of time will be granted absent exceptional circumstances.


PER CURIAM